UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

THE UNITED STATES OF AMERICA,

    -vs-

EVELYN BANCHS

              *Defendant.*

20-CR-6046 EAW-MJP

**Affidavit**

---

**STATE OF NEW YORK** )
**COUNTY OF MONROE** ) ss.:

    **EVELYN BANCHS**, being duly sworn, deposes and says, that:

    1.    I am the defendant. I make this affirmation in support of that part of my motion to suppress evidence obtained as the result of a search of my residence at 61 Teralta Street, Rochester, New York (the premises), which was conducted on February 20, 2020.

    2.    This affidavit is submitted solely for the purpose of establishing that I have standing to challenge the search and seizure of evidence at the above time and place and to challenge the search warrant that authorized the search.

    3.    On February 20, 2020, 61 Teralta Street, Rochester, New York was my sole and primary residence, and had been such for about twelve (12) years prior to that date.

    4.    The structure at 61 Teralta Street, Rochester, New York is a single-family residence. I lived in the home with my husband, John Rivera Banchs (until his incarceration on February 20, 2020), and my mother, Noelia Rosario (until she became ill and passed away on April 11, 2019). The address of 61 Teralta Street is the address on my New York State driver

license and, I believe, on any other official government identification or documentation in my name. It is the address at which I receive most of my mail, in addition to a P.O. Box. I sleep at 61 Teralta Street every night (unless I am on vacation, out-of-town, or visiting a friend or relative overnight). I have all my clothes, valuables, and other possessions at the premises. It has been my home for over thirteen (13) years.

5.  I had a reasonable expectation of privacy in the premises on February 20, 2020.

WHEREFORE, it is requested that the Court issue an order granting the relief sought in my *omnibus* motions, together with such other, further and different relief, as to the Court may seem just and proper.

Dated:  October 14, 2021

_____
Evelyn Banchs

Sworn to before me this 14TH
day of October, 2021

_____
Notary Public

LAURA A. VANDERBROOK
NOTARY PUBLIC, State of New York
Qualified in Monroe County
Registration No. 02VA6408165
Commission Expires August 24, 20 24